NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGITAL REG OF TEXAS, LLC,**
*Plaintiff-Appellant*

v.

**ADOBE SYSTEMS INCORPORATED,**
*Defendant-Cross-Appellant*

---

2015-1266, -1708, -1709, -1753

---

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-01971-CW, Judge Claudia Wilken.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to consolidate the above-captioned appeals,

IT IS ORDERED THAT:

(1) The stay in 2015-1266 is lifted.

(2) The motion is granted. The appeals are consolidated. The revised official caption is reflected above.

2   DIGITAL REG OF TEXAS, LLC v. ADOBE SYSTEMS INCORPORATED

    (3)  The appellant's opening brief is due no later than July 17, 2015.  The cross-appellant's brief is due within 70 days of the date of filing of the appellant's brief.  The appellant's response and reply brief is due within 40 days from the date of filing of the cross-appellant's brief.  The cross-appellant's reply brief is due within 14 days after the date of filing of the appellant's reply brief.  The joint appendix is due within 7 days of the date of filing of the cross-appellant's reply brief.

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                        Clerk of Court