NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DIGITAL REG OF TEXAS, LLC,**
*Plaintiff-Appellant*

v.

**ADOBE SYSTEMS INCORPORATED,**
*Defendant-Cross-Appellant*

2015-1266, -1708, -1709, -1753

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-01971-CW, Judge Claudia Wilken.

**ON MOTION**

**O R D E R**

Upon consideration of Adobe Systems Incorporated's unopposed motion to withdraw Sonal N. Mehta as counsel,

IT IS ORDERED THAT:

The motion is granted.

2　DIGITAL REG OF TEXAS, LLC v. ADOBE SYSTEMS INCORPORATED

                                                       FOR THE COURT

                                                      /s/ Daniel E. O'Toole
                                                      Daniel E. O'Toole
                                                      Clerk of Court

s25