**Appeal Nos. 2015-1266, -1708, -1709, -1753**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**DIGITAL REG OF TEXAS, LLC,**

*Plaintiff-Appellant*,

**v.**

**ADOBE SYSTEMS INCORPORATED,**

*Defendant-Cross-Appellant*.

*Appeal from the United States District Court for the Northern District of California, Case No. 4:12-CV-01971, Judge Claudia Wilken.*

**ADOBE SYSTEMS INCORPORATED'S MOTION TO WITHDRAW
BYRON C. BEEBE AS COUNSEL**

> Edward R. Reines
> WEIL, GOTSHAL & MANGES LLP
> 201 Redwood Shores Parkway
> Redwood City, CA 94065
> (650) 802-3000
>
> *Attorneys for Defendant-Cross-Appellant*
> Adobe Systems Incorporated

# CERTIFICATE OF INTEREST

Counsel for Defendant-Cross-Appellant Adobe Systems Incorporated certifies as follows:

1. The full name of every party or amicus represented by us is:

   Adobe Systems Incorporated

2. The name of the real party in interest represented by us is:

   Adobe Systems Incorporated

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   None

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

| | |
|---|---|
| Edward R. Reines | Jennifer H. Doan |
| Sonal N. Mehta | Joshua R. Thane |
| Byron C. Beebe | **Haltom & Doan** |
| Anant N. Pradhan | |
| Joshua P. Davis | |
| Nathan Greenblatt | |
| Timothy E. Demasi | |
| **Weil, Gotshal & Manges LLP** | |

Pursuant to Federal Circuit Rule 47.3(c)(5), Defendant-Cross-Appellant Adobe Systems Incorporated ("Adobe") hereby moves to withdraw Byron C. Beebe as counsel. Withdrawal is proper because Mr. Beebe no longer works for the law firm that represents Adobe in this matter. Moreover, lead counsel for Adobe, Edward R. Reines, continues to represent Adobe in this matter. Accordingly, Mr. Beebe's withdrawal would create no prejudice to Adobe.

Counsel for Defendant-Cross-Appellant Adobe Systems Incorporated has notified Plaintiff-Appellant Digital Reg of Texas, LLC of Mr. Beebe's withdrawal, and Plaintiff-Appellant does not object to the withdrawal.

For these reasons, Defendant-Cross-Appellant Adobe Systems Incorporated respectfully requests that this Court grant this Motion to Withdraw Byron C. Beebe as Counsel.

| | |
|---|---|
| Dated: January 22, 2016 | */s/ Edward R. Reines* |
| | Edward R. Reines<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood City, CA 94065<br>(650) 802-3000 |
| | *Attorney for Defendant-Cross-Appellant*<br>Adobe Systems Incorporated |

# **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, I certify that on this day, January 22, 2016, I served the foregoing via the Court's CM/ECF system on the principal attorneys for each party.

Dated: January 22, 2016        */s/ Edward R. Reines*

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood City, CA 94065
(650) 802-3000

*Attorney for Defendant-Cross-Appellant*
Adobe Systems Incorporated